In the Matter of the Petition of FRANK PLACE, Respondent, for an Order Revoking Liquor Tax Certificate of FRANK MATTY, Appellant.

*Matter of Place,* 27 App. Div. 561, affirmed.
(Argued June 7, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1898, reversing an order of Special Term dismissing the above-entitled proceedings, and revoking the liquor tax certificate held by appellant.

*James Devine* for appellant.

*S. B. Mead* for respondent.

Order affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., absent.

---

JAMES W. Fox et al., Appellants, *v.* FRANZ O. MATTHIESSEN, Respondent.

| 156 | 691 |
| Case 2 |
| 77 AD 195 |

*Fox* v. *Matthiessen,* 84 Hun, 396, affirmed.
(Argued January 28, 1898; decided June 21, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered April 2, 1895, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*James M. Hunt* for appellants.

*Elihu Root* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.